KENNETH V. DOYLE, SR., Respondent, v. WILLARD C. MATTERN et al., Appellants.— Same decision and like cause of action as in companion case of *Doyle* v. *Mattern* and one (*ante,* p. 976) decided herewith.

JAMES WOLFE, Appellant, v. CLINTON BLACKMAN et al., Respondents.—

Memorandum: The action was commenced in the County Court of Monroe County by service of the summons on defendants on August 30, 1951. On September 6, 1951, the attorney for defendants filed a general notice of appearance and demand for a copy of the complaint. The complaint, served on September 20th, set up a cause of action based on negligence arising from a collision of motor vehicles in Monroe County. The complaint alleged that defendants were residents of Wayne County. The provisions of subdivision 3 of section 67 of the Civil Practice Act involve the question of jurisdiction of the person, not jurisdiction of the subject matter. Hence, by serving a general notice of appearance the defendants waived the right to attack the claim of jurisdiction over their persons. (*Muslusky* v. *Lehigh Valley Coal Co.,* 225 N. Y. 584; *Meyers* v. *American Locomotive Co.,* 201 N. Y. 163; *Yager* v. *Yager,* 214 App. Div. 671; *Davidoff* v. *Wurmser, Inc.,* 27 N. Y. S. 2d 555, affd. 261 App. Div. 1087; Civ. Prac. Act, § 237-a.) All concur. (Appeal from an order granting defendants' motion to dismiss plaintiff's complaint for lack of jurisdiction of defendants, in an automobile negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

WINIFRED ALBRIGHT, Appellant, et al., Plaintiffs, v. CITY OF NIAGARA FALLS et al., Respondents.—

Memorandum: Granting to appellant, as we must, every inference warranted by the evidence, it is our opinion that the record presents issues of fact for determination by the jury. In sending the case back for trial we do not indicate that plaintiff is entitled to prevail. All concur. (Appeal from a judgment dismissing the complaint of Winifred Albright, in a negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

In the Matter of the Accounting of THERESA C. FRANK et al., as Executrices of GEORGE N. FRANK, Deceased. CLARE B. MARKELL, as Coexecutrix of GEORGE N. FRANK, Deceased, Appellant; SHIRLEY R. BRADY et al., Respondents.— All concur. (Appeal from a decree settling the accounts of executors.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

In the Matter of MURIEL L. OLSON, Respondent, against WILLIAM F. TYLER, Appellant.— All concur. (Appeal from an order directing defendant to contribute to the support of an infant child, in a filiation proceeding.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.